JAMES T. KEARNEY ET AL. *v.* STATE OF CONNECTICUT ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in New London County is denied.

*Martin B. Burke,* for the appellees (plaintiffs).

*Frank B. Cochran,* for the appellants (intervening defendant Robert Santacroce et al.).

Argued October 19—decided October 19, 1977

The motion by the intervening defendants Robert and Nancy Santacroce for permission to waive the printing requirements of their supplemental brief without compliance with § 723 of the Practice Book in the appeal from the Superior Court in New London County is denied.

*Frank Cochran,* in support of the motion.

Submitted October 18—decided October 19, 1977

IN RE JUVENILES Nos. 01-388-01 and 01-388-02

The appellant's motion for a review of the order by the trial court dated July 20, 1977, in the appeal from the Superior Court in Fairfield County is granted and the trial court is directed to file with this court a finding, such as circumstances permit, setting forth the basis for its ultimate conclusion, including any claims of law made together with its conclusions thereon.

*Andrew Chulick,* in support of the motion.

Submitted September 1—decided October 19, 1977